In the Matter of the Accounting of JOHN A. BELL, JR., as Substituted Committee of HARRY MCDONALD, an Incompetent Person. FRANK T. HINES, as Administrator of Veterans' Affairs, Appellant; JOHN A. BELL, JR., as Substituted Committee, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent John A. Bell, Jr. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS P. ENRIGHT, Principal, Defendant. CONTINENTAL CASUALTY COMPANY, Surety, Respondent. — Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. See *People* v. *Levy* (169 App. Div. 571) and *People* v. *Cohen* (229 App. Div. 515.) The mere fact that after a fugitive is captured or surrenders he is acquitted upon trial does not of itself prove that the People lost nothing by his failure to appear. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

XAVIER F. SUTTON, Individually and on Behalf of All Other Similarly Situated Stockholders of SUTTON-MALKAMES, INC. (a New Jersey Corporation), et al., Respondents, v. DON MALKAMES, Appellant, et al., Defendants.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HYMAN RUBIN et al., Respondents, v. SAMUEL IKENSON, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer or otherwise move with respect to the complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARY K. RANNEY, Appellant, v. FRANK G. SHATTUCK COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ESTHER EDELMAN v. LUCIEN BRICE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 862.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRED PALEIAS, as Administrator of the Estate of ADOLPH PALEIAS, Deceased, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 862.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMPIRE SQUARE REALTY COMPANY v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 817.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.